Robert P. Goe - State Bar No. 137019
Reem Bello – State Bar No. 198840
**GOE FORSYTHE & HODGES LLP**
17701 Cowan, Lobby D, Suite 210
Irvine, CA 92614
rgoe@goeforlaw.com
rbello@goeforlaw.com

Telephone:  (949) 798-2460
Facsimile:   (949) 955-9437

Proposed Attorneys for: American Open Space Remedies, LLC

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## SANTA ANA DIVISION

| | |
|---|---|
| In re:<br><br>**AMERICAN OPEN SPACE REMEDIES, LLC**,<br><br>        Debtor and Debtor-in-Possession, | Case No. 8:24-bk-12885-SC<br><br>Chapter 11<br><br>**DEBTOR'S STATUS CONFERENCE REPORT; DECLARATION OF SCOTT KRENTEL MANAGER OF BEAUMONT 1600 THE MANAGER OF THE DEBTOR IN SUPPORT THEREOF**<br><br>**Status Conference:**<br>Date:     January 8, 2025<br>Time:     1:30 p.m.<br>Courtroom: 5C *(Virtual)*<br>Location:   411 West Fourth Street<br>            Santa Ana, CA 92701 |

**TO THE HONORABLE SCOTT C. CLARKSON, UNITED STATES BANKRUPTCY JUDGE, AND TO ALL PARTIES IN INTEREST:**

American Open Space Remedies, LLC, Debtor and Debtor in Possession ("AOS" and "Debtor") herein, submits its Status Report and respectfully represents as follows:

\\\

**A.      EVENTS THAT LED UP TO AND CAUSED THE FILING.**

Debtor is a California Limited Liability Company based in Irvine, California, founded in 2022.  Its assets include (1) approximately 1,312 acres of undeveloped land in Beaumont, California with an appraised value for a portion of its land at approximately $581,000,000 (the "Property"); (2) an office building in Riverside California valued at $995,000 (the "Office Building"), and (3) additional parcels of land.

The Debtor has substantial claims against Liquid Funds Mortgage LLC ("Liquid Funds"), the first Mortgagor and  Aminam LLC ("Aminam"), the second Mortgagor and in the combined amount of $28,000,000 for: a) Unlicensed real estate and securities broker claims; (b) use of a Limited Liability Company for prohibited; services: (c) Slander of title; (d) Declaratory Relief; (e) Unfair Business Practices, (f) accounting;(g) fraud; (h) Quiet Title; and (i) Reformation. The Debtor is seeking damages in the combined amount of $28,000,000.  In particular, Aminam never funded any of the $13,000,000 second deed of trust but was attempting to foreclose on same.

**B.      STATUS OF DEBTOR'S POST PETITION OPERATIONS, ITS MAJOR ASSSETS AND LIABILITIES.**

On April 23, 2024, Michael Frauenthal & Associates, Inc., appraised approximately 664 acres of the Property to estimate the retail values of the 12 parcels in their current unentitled, unimproved condition, as of March 13, 2024, and determined the value to be $580,000,000.

Debtor is actively pursuing sales and various joint ventures of the Property which will provide more than sufficient funds to pay allowed claims in full and reserve for disputed claims.

Debtor intends to also pursue its claims against Aminam and Liquid Funds in its chapter 11 bankruptcy case.  Debtor will either file an adversary proceeding or State Court action against Aminam and Liquid Funds or it will seek to resolve these claims through ongoing settlements that are already in process and underway.

**C.      STATUS OF PRE-PETITION AND POST-PETITION LITIGATION.**

The Debtor is not yet involved in post-petition litigation and has no pending pre-petition litigation actions.

**D.      DEBTOR'S POTENTIAL AVOIDANCE ACTIONS AS DESCRIBED IN 11 U.S.C. §§ 544-550.**

Debtor has avoidance action claims against Aminam and Liquid Funds.

**E.      EMPLOYMENT OF DEBTOR'S COUNSEL.**

On November 21, 2024, Debtor filed its application to employ Goe Forsythe & Hodges LLP as its chapter 11 bankruptcy counsel ("GFH Application") [Docket No. 14].  No opposition was filed.  On December 20, 2024, the Court denied the GFH Application without prejudice and GFH will be filing an amended application shortly.

**F.   EMPLOYMENT OF OTHER PROFESSIONALS**

No other professionals have yet been employed but it is anticipated special litigation counsel will be employed to pursue should the present claims against Aminam and Liquid Funds fail..

**G.      DEBTOR'S COMPLIANCE WITH ITS DUTIES UNDER 11 U.S.C §§ 521, 1106 AND 1107.**

The Debtor is substantially compliant with its duties under 11 U.S.C. §§521, 1106 and 1107.

**H.      IS THE CASE A SMALL BUSINESS CASE UNDER 11 U.S.C. §101(51D)?**

Not applicable.

**I.      IS THE CASE A SINGLE ASSET REAL ESTATE CASE UNDER 11 U.S.C. §101(51B)?**

No.

**J.      PROPOSED DEADLINE FOR FILING AND SERVING DISCLOSURE STATEMENT AND PLAN.**

The Debtor proposes March 31, 2025, as its deadline for filing and serving its Disclosure Statement and Plan.

**K.      PROPOSED DEADLINE FOR FILING PROOFS OF CLAIMS.**

The Debtor proposes February 28, 2025 as the deadline for filings Proofs of Claims.

3

**L.      PROPOSED DEADLINE FOR FILING OBJECTIONS TO CLAIMS.**

The Debtor does not propose that a deadline be set for filing objections to Proofs of Claims.

**M.      PROPOSED DEADLINE FOR FILING AVOIDANCE ACTIONS.**

The Debtor will abide by the Section 546 deadline.

Dated: December 24, 2024                    Respectfully submitted by
                                            **GOE FORSYTHE & HODGES LLP**


                                            By: /s/Robert P. Goe
                                                 Robert P. Goe
                                                 Proposed Counsel for American Open
                                                 Space Remedies, LLC

4

**<u>DECLARATION OF SCOTT KRENTEL IN</u>**

**<u>SUPPORT OF THE DEBTOR'S STATUS REPORT</u>**

I, Scott Krentel, declare and state:

I am the authorized representative of Beaumont 1600, LLC, manager of American Open Space Remedies LLC, the debtor and debtor-in possession in this bankruptcy proceeding (the "Debtor"). I have personal knowledge of the facts alleged herein and if called upon as a witness, I could and would competently testify thereto. I make this declaration in support of the Debtor's Status Report (the "<u>Report</u>") for the January 8, 2025, Status Conference.

1.     I reviewed the Report to which this Declaration is attached, and the statements discussed therein are accurate and correct. Debtor's Plan is to sell or joint venture the Property free and clear of the disputed secured claims of Aminam and Liquid Funds with payment, if any, to these claims after resolution through litigation or settlement.

2.     This is a large case and Debtor is diligently pursuing all available paths to monetize the Property. At this point Debtor still is in negotiations with major players in the industry and is still negotiating terms and timing of sales or various joint ventures. Accordingly, at this time Debtor cannot accurately provide a line-by-line 60-day budget, but will immediately update the Court when more information is available. But what is clear based on the value of the Property is that any disposition of the Property will be more than sufficient to pay all allowed claims in full and provide adequate reserves for disputed claims.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: December 2 4, 2024          By: _____

Scott Krentel, the authorized
representative of Beaumont 1600, LLC,
manager of American Open Space
Remedies LLC

5

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 17701 Cowan, Suite 210, Building D, Irvine, CA 92614

A true and correct copy of the foregoing document entitled (*specify*): **DEBTOR'S STATUS CONFERENCE REPORT; DECLARATION OF SCOTT KRENTEL MANAGER OF BEAUMONT 1600 THE MANAGER OF THE DEBTOR IN SUPPORT THEREOF** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**. <u>**TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**</u>: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On December 24, 2024, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- **Reem J Bello    rbello@goeforlaw.com, kmurphy@goeforlaw.com**
- **Jeffrey W Broker    jbroker@brokerlaw.biz**
- **Brian L. Davidoff    bdavidoff@greenbergglusker.com, calendar@greenbergglusker.com;jking@greenbergglusker.com;cmillerwatkins@greenbergglusker.com**
- **Robert P Goe    kmurphy@goeforlaw.com, rgoe@goeforlaw.com;goeforecf@gmail.com;Goe.RobertP.R@notify.bestcase.com;ajohnston@goeforlaw.com**
- **Queenie K Ng    queenie.k.ng@usdoj.gov**
- **Cole F. Nicholas    cnicholas@greenbergglusker.com, calendar@greenbergglusker.com;cmillerwatkins@greenbergglusker.com**
- **United States Trustee (SA)    ustpregion16.sa.ecf@usdoj.gov**

☐ Service information continued on attached page

**2**. <u>**SERVED BY UNITED STATES MAIL**</u>:
On (*date*) December 24, 2024, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3**. <u>**SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL**</u> (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) December 24, 2024, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

- The Honorable Scott Clarkson, USBC, 411 West Fourth Street, Suite 5130, Santa Ana, CA 92701

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| December 24, 2024 | Susan C. Stein | /s/Susan C. Stein |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

6