# UNITED STATES BANKRUPTCY COURT

CENTRAL   DISTRICT OF   CALIFORNIA

SANTA ANA DIVISION

| In Re. | § | Case No.  24-12885 |
|---|---|---|
| American Open Spaces Remedies, LLC | § | |
| | § | |
| Debtor(s) | § | |

☐ Jointly Administered

# Monthly Operating Report

Chapter 11

Reporting Period Ended: 11/30/2024           Petition Date: 11/08/2024

Months Pending: 1                Industry Classification: | 5 | 3 | 1 | 1 |

Reporting Method:            Accrual Basis ◯        Cash Basis ⦿

Debtor's Full-Time Employees (current):                    0

Debtor's Full-Time Employees (as of date of order for relief):        0

**Supporting  Documentation**  (check all that are attached):

(For jointly administered debtors, any required schedules must be provided on a non-consolidated basis for each debtor)

☒     Statement of cash receipts and disbursements
☐     Balance sheet containing the summary and detail of the assets, liabilities and equity (net worth) or deficit
☒     Statement of operations (profit or loss statement)
☐     Accounts receivable aging
☐     Postpetition liabilities aging
☒     Statement of capital assets
☐     Schedule of payments to professionals
☐     Schedule of payments to insiders
☒     All bank statements and bank reconciliations for the reporting period
☐     Description of the assets sold or transferred and the terms of the sale or transfer

| | |
|---|---|
| /s/Scott Krentel | SCOTT KRENTEL |
| Signature of Responsible Party | Printed Name of Responsible Party |
| 01/15/2025 | |
| Date | |
| | 18802 Cowan, Ste 103, Irvine, CA 92614 |
| | Address |

STATEMENT: This Periodic Report is associated with an open bankruptcy case; therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 11-MOR (12/01/2021)                    1

Debtor's Name American Open Spaces Remedies, LLC

Case No. 24-12885

| **Part 1: Cash Receipts and Disbursements** | **Current Month** | **Cumulative** |
|---|---|---|
| a. Cash balance beginning of month [a/o 11/8/24 filing date] | $10,000 | |
| b. Total receipts (net of transfers between accounts) | $0 | $0 |
| c. Total disbursements (net of transfers between accounts) | $0 | $0 |
| d. Cash balance end of month (a+b-c) | $10,000 | |
| e. Disbursements made by third party for the benefit of the estate | $0 | $0 |
| f. Total disbursements for quarterly fee calculation (c+e) | $0 | $0 |

| **Part 2:  Asset and Liability Status** (Not generally applicable to Individual Debtors. See Instructions.) | **Current Month** |
|---|---|
| a. Accounts receivable (total net of allowance) | $0 |
| b. Accounts receivable over 90 days outstanding (net of allowance) | $0 |
| c. Inventory    (Book ◯   Market ◯   Other ◉   (attach explanation)) | $0 |
| d Total current assets | $0 |
| e. Total assets | $609,878,665 |
| f. Postpetition payables (excluding taxes) | $0 |
| g. Postpetition payables past due (excluding taxes) | $0 |
| h. Postpetition taxes payable | $0 |
| i. Postpetition taxes past due | $0 |
| j. Total postpetition debt (f+h) | $0 |
| k. Prepetition secured debt | $26,217,402 |
| l. Prepetition priority debt | $0 |
| m. Prepetition unsecured debt | $13,051,400 |
| n. Total liabilities (debt) (j+k+l+m) | $39,268,802 |
| o. Ending equity/net worth (e-n) | $570,609,863 |

| **Part 3:  Assets Sold or Transferred** | **Current Month** | **Cumulative** |
|---|---|---|
| a. Total cash sales price for assets sold/transferred outside the ordinary course of business | $0 | $0 |
| b. Total payments to third parties incident to assets being sold/transferred outside the ordinary course of business | $0 | $0 |
| c. Net cash proceeds from assets sold/transferred outside the ordinary course of business (a-b) | $0 | $0 |

| **Part 4:  Income Statement (Statement of Operations)** (Not generally applicable to Individual Debtors. See Instructions.) | **Current Month** | **Cumulative** |
|---|---|---|
| a. Gross income/sales (net of returns and allowances) | $0 | |
| b. Cost of goods sold (inclusive of depreciation, if applicable) | $0 | |
| c. Gross profit (a-b) | $0 | |
| d. Selling expenses | $0 | |
| e. General and administrative expenses | $0 | |
| f. Other expenses | $0 | |
| g. Depreciation and/or amortization (not included in 4b) | $0 | |
| h. Interest | $0 | |
| i. Taxes (local, state, and federal) | $0 | |
| j. Reorganization items | $0 | |
| k. Profit (loss) | $0 | $0 |

UST Form 11-MOR (12/01/2021)                                2

Debtor's Name _____     Case No. 24-12885

American Open Spaces Remedies, LLC

**Part 5:  Professional Fees and Expenses**

| | | Approved Current Month | Approved Cumulative | Paid Current Month | Paid Cumulative |
|---|---|---|---|---|---|
| a. | Debtor's professional fees & expenses (bankruptcy) *Aggregate Total* | | | | |
| | *Itemized Breakdown by Firm* | | | | |
| | Firm Name | Role | | | | |
| i | | | | | | |
| ii | | | | | | |
| iii | | | | | | |
| iv | | | | | | |
| v | | | | | | |
| vi | | | | | | |
| vii | | | | | | |
| viii | | | | | | |
| ix | | | | | | |
| x | | | | | | |
| xi | | | | | | |
| xii | | | | | | |
| xiii | | | | | | |
| xiv | | | | | | |
| xv | | | | | | |
| xvi | | | | | | |
| xvii | | | | | | |
| xviii | | | | | | |
| xix | | | | | | |
| xx | | | | | | |
| xxi | | | | | | |
| xxii | | | | | | |
| xxiii | | | | | | |
| xxiv | | | | | | |
| xxv | | | | | | |
| xxvi | | | | | | |
| xxvii | | | | | | |
| xxviii | | | | | | |
| xxix | | | | | | |
| xxx | | | | | | |
| xxxi | | | | | | |
| xxxii | | | | | | |
| xxxiii | | | | | | |
| xxxiv | | | | | | |
| xxxv | | | | | | |
| xxxvi | | | | | | |

UST Form 11-MOR (12/01/2021)                     3

Debtor's Name American Open Spaces Remedies, LLC                     Case No. 24-12885

| | | | | | | |
|---|---|---|---|---|---|---|
| xxxvii | | | | | | |
| xxxvii | | | | | | |
| xxxix | | | | | | |
| xl | | | | | | |
| xli | | | | | | |
| xlii | | | | | | |
| xliii | | | | | | |
| xliv | | | | | | |
| xlv | | | | | | |
| xlvi | | | | | | |
| xlvii | | | | | | |
| xlviii | | | | | | |
| xlix | | | | | | |
| l | | | | | | |
| li | | | | | | |
| lii | | | | | | |
| liii | | | | | | |
| liv | | | | | | |
| lv | | | | | | |
| lvi | | | | | | |
| lvii | | | | | | |
| lviii | | | | | | |
| lix | | | | | | |
| lx | | | | | | |
| lxi | | | | | | |
| lxii | | | | | | |
| lxiii | | | | | | |
| lxiv | | | | | | |
| lxv | | | | | | |
| lxvi | | | | | | |
| lxvii | | | | | | |
| lxviii | | | | | | |
| lxix | | | | | | |
| lxx | | | | | | |
| lxxi | | | | | | |
| lxxii | | | | | | |
| lxxiii | | | | | | |
| lxxiv | | | | | | |
| lxxv | | | | | | |
| lxxvi | | | | | | |
| lxxvii | | | | | | |
| lxxvii | | | | | | |

Debtor's Name American Open Spaces Remedies, LLC                          Case No. 24-12885

| | | | | | | |
|---|---|---|---|---|---|---|
| | lxxix | | | | | |
| | lxxx | | | | | |
| | lxxxi | | | | | |
| | lxxxii | | | | | |
| | lxxxii | | | | | |
| | lxxxiv | | | | | |
| | lxxxv | | | | | |
| | lxxxvi | | | | | |
| | lxxxvi | | | | | |
| | lxxxvi | | | | | |
| | lxxxix | | | | | |
| | xc | | | | | |
| | xci | | | | | |
| | xcii | | | | | |
| | xciii | | | | | |
| | xciv | | | | | |
| | xcv | | | | | |
| | xcvi | | | | | |
| | xcvii | | | | | |
| | xcviii | | | | | |
| | xcix | | | | | |
| | c | | | | | |
| | ci | | | | | |

| | | | | Approved Current Month | Approved Cumulative | Paid Current Month | Paid Cumulative |
|---|---|---|---|---|---|---|---|
| b. | Debtor's professional fees & expenses (nonbankruptcy) *Aggregate Total* | | | | | | |
| | *Itemized Breakdown by Firm* | | | | | | |
| | | Firm Name | Role | | | | |
| | i | | | | | | |
| | ii | | | | | | |
| | iii | | | | | | |
| | iv | | | | | | |
| | v | | | | | | |
| | vi | | | | | | |
| | vii | | | | | | |
| | viii | | | | | | |
| | ix | | | | | | |
| | x | | | | | | |
| | xi | | | | | | |
| | xii | | | | | | |
| | xiii | | | | | | |
| | xiv | | | | | | |

UST Form 11-MOR (12/01/2021)                    5

Debtor's Name

American Open Spaces Remedies, LLC

Case No.  24-12885

| | | | | | |
|---|---|---|---|---|---|
| xv | | | | | |
| xvi | | | | | |
| xvii | | | | | |
| xviii | | | | | |
| xix | | | | | |
| xx | | | | | |
| xxi | | | | | |
| xxii | | | | | |
| xxiii | | | | | |
| xxiv | | | | | |
| xxv | | | | | |
| xxvi | | | | | |
| xxvii | | | | | |
| xxviii | | | | | |
| xxix | | | | | |
| xxx | | | | | |
| xxxi | | | | | |
| xxxii | | | | | |
| xxxiii | | | | | |
| xxxiv | | | | | |
| xxxv | | | | | |
| xxxvi | | | | | |
| xxxvii | | | | | |
| xxxvii | | | | | |
| xxxix | | | | | |
| xl | | | | | |
| xli | | | | | |
| xlii | | | | | |
| xliii | | | | | |
| xliv | | | | | |
| xlv | | | | | |
| xlvi | | | | | |
| xlvii | | | | | |
| xlviii | | | | | |
| xlix | | | | | |
| l | | | | | |
| li | | | | | |
| lii | | | | | |
| liii | | | | | |
| liv | | | | | |
| lv | | | | | |
| lvi | | | | | |

UST Form 11-MOR (12/01/2021)                    6

Debtor's Name

American Open Spaces Remedies, LLC

Case No.  24-12885

| | | | | | |
|---|---|---|---|---|---|
| lvii | | | | | |
| lviii | | | | | |
| lix | | | | | |
| lx | | | | | |
| lxi | | | | | |
| lxii | | | | | |
| lxiii | | | | | |
| lxiv | | | | | |
| lxv | | | | | |
| lxvi | | | | | |
| lxvii | | | | | |
| lxviii | | | | | |
| lxix | | | | | |
| lxx | | | | | |
| lxxi | | | | | |
| lxxii | | | | | |
| lxxiii | | | | | |
| lxxiv | | | | | |
| lxxv | | | | | |
| lxxvi | | | | | |
| lxxvii | | | | | |
| lxxvii | | | | | |
| lxxix | | | | | |
| lxxx | | | | | |
| lxxxi | | | | | |
| lxxxii | | | | | |
| lxxxii | | | | | |
| lxxxiv | | | | | |
| lxxxv | | | | | |
| lxxxvi | | | | | |
| lxxxvi | | | | | |
| lxxxvi | | | | | |
| lxxxix | | | | | |
| xc | | | | | |
| xci | | | | | |
| xcii | | | | | |
| xciii | | | | | |
| xciv | | | | | |
| xcv | | | | | |
| xcvi | | | | | |
| xcvii | | | | | |
| xcviii | | | | | |

Debtor's Name                                                                    Case No. 24-12885

American Open Spaces Remedies, LLC

| | xcix | | | | | | |
|---|---|---|---|---|---|---|---|
| | c | | | | | | |
| c. | All professional fees and expenses (debtor & committees) | | | | | | |

| Part 6: Postpetition Taxes | Current Month | Cumulative |
|---|---|---|
| a. Postpetition income taxes accrued (local, state, and federal) | $0 | $0 |
| b. Postpetition income taxes paid (local, state, and federal) | $0 | $0 |
| c. Postpetition employer payroll taxes accrued | $0 | $0 |
| d. Postpetition employer payroll taxes paid | $0 | $0 |
| e. Postpetition property taxes paid | $0 | $0 |
| f. Postpetition other taxes accrued (local, state, and federal) | $0 | $81 |
| g. Postpetition other taxes paid (local, state, and federal) | $0 | $0 |

**Part 7: Questionnaire - During this reporting period:**

a. Were any payments made on prepetition debt? (if yes, see Instructions)    Yes ○  No ◉

b. Were any payments made outside the ordinary course of business without court approval? (if yes, see Instructions)    Yes ○  No ◉

c. Were any payments made to or on behalf of insiders?    Yes ○  No ◉

d. Are you current on postpetition tax return filings?    Yes ◉  No ○

e. Are you current on postpetition estimated tax payments?    Yes ◉  No ○

f. Were all trust fund taxes remitted on a current basis?    Yes ◉  No ○

g. Was there any postpetition borrowing, other than trade credit? (if yes, see Instructions)    Yes ○  No ◉

h. Were all payments made to or on behalf of professionals approved by the court?    Yes ○  No ○  N/A ◉

i. Do you have:    Worker's compensation insurance?    Yes ○  No ◉

   If yes, are your premiums current?    Yes ○  No ○  N/A ◉  (if no, see Instructions)

   Casualty/property insurance?    Yes ◉  No ○

   If yes, are your premiums current?    Yes ◉  No ○  N/A ○  (if no, see Instructions)

   General liability insurance?    Yes ◉  No ○

   If yes, are your premiums current?    Yes ◉  No ○  N/A ○  (if no, see Instructions)

j. Has a plan of reorganization been filed with the court?    Yes ○  No ◉

k. Has a disclosure statement been filed with the court?    Yes ◉  No ○

l. Are you current with quarterly U.S. Trustee fees as set forth under 28 U.S.C. § 1930?    Yes ◉  No ○

Debtor's Name

American Open Spaces Remedies, LLC

| Save |

Case No. 24-12885

l.  Are you current with quarterly U.S. Trustee fees as
    set forth under 28 U.S.C. § 1930?

Yes ⦿    No ◯

**Part 8: Individual Chapter 11 Debtors (Only)**

a.  Gross income (receipts) from salary and wages    _____

b.  Gross income (receipts) from self-employment    _____

c.  Gross income from all other sources    _____

d.  Total income in the reporting period (a+b+c)    _____

e.  Payroll deductions    _____

f.  Self-employment related expenses    _____

g.  Living expenses    _____

h.  All other expenses    _____

i.  Total expenses in the reporting period (e+f+g+h)    _____

j.  Difference between total income and total expenses (d-i)    _____

k.  List the total amount of all postpetition debts that are past due    _____

l.  Are you required to pay any Domestic Support Obligations as defined by 11
    U.S.C § 101(14A)?    Yes ◯  No ⦿

m.  If yes, have you made all Domestic Support Obligation payments?    Yes ◯  No ◯  N/A ⦿

## Privacy Act Statement

28 U.S.C. § 589b authorizes the collection of this information, and provision of this information is mandatory under 11 U.S.C. §§ 704, 1106, and 1107. The United States Trustee will use this information to calculate statutory fee assessments under 28 U.S.C. § 1930(a)(6). The United States Trustee will also use this information to evaluate a chapter 11 debtor's progress through the bankruptcy system, including the likelihood of a plan of reorganization being confirmed and whether the case is being prosecuted in good faith. This information may be disclosed to a bankruptcy trustee or examiner when the information is needed to perform the trustee's or examiner's duties or to the appropriate federal, state, local, regulatory, tribal, or foreign law enforcement agency when the information indicates a violation or potential violation of law. Other disclosures may be made for routine purposes. For a discussion of the types of routine disclosures that may be made, you may consult the Executive Office for United States Trustee's systems of records notice, UST-001, "Bankruptcy Case Files and Associated Records." *See* 71 Fed. Reg. 59,818 et seq. (Oct. 11, 2006). A copy of the notice may be obtained at the following link: http://www.justice.gov/ust/eo/rules_regulations/index.htm. Failure to provide this information could result in the dismissal or conversion of your bankruptcy case or other action by the United States Trustee. 11 U.S.C. § 1112(b)(4)(F).

**I declare under penalty of perjury that the foregoing Monthly Operating Report and its supporting documentation are true and correct and that I have been authorized to sign this report on behalf of the estate.**

_____
Signature of Responsible Party

MANAGER OR THE MANAGER
Title

SCOTT KRENTEL
Printed Name of Responsible Party

01/15/2025
Date

| Save |

| Generate PDF for Court Filing and Remove Watermark |

# Business Services Account

November 2024

(DIP) AMERICAN OPEN SPACE
REMEDIES, LLC
PO BOX 55317
RIVERSIDE CA 92517-0317

**Account name:** (DIP) AMERICAN OPEN SPACE
            REMEDIES, LLC

**Friendly account name:** AOSR

**Account number:**    08156 38

**Your Financial Advisor:**

Branch: 951-684-6300/800-262-7373

**Questions about your statement?**
Call your Financial Advisor or the
ResourceLine at 800-762-1000.

**Visit our website:**
www.ubs.com/financialservices

**Items for your attention**
- Help protect yourself from fraud and
review bank, credit card, and brokerage
statements regularly. Also, get your free
credit report annually from
www.annualcreditreport.com.

## Value of your account

| | on October 31 ($) | on November 29 ($) |
|---|---|---|
| Your assets | 147,266.52 | 10,000.00 |
| Your liabilities | 0.00 | 0.00 |
| **Value of your account** | **$147,266.52** | **$10,000.00** |

## Tracking the value of your account



$ Thousands

Dec 2022: 62.5 — Dec 2023: 90.5 — Oct 2024: 147.3 — Nov 2024: 10.0

**Sources of your account growth during 2024**

| | |
|---|---|
| Value of your account at year end 2023 | $90,504.31 |
| Net deposits and withdrawals | -$80,586.23 |
| Your investment return: | |
|   Dividend and interest income | $81.92 |
|   Change in market value | $0.00 |
| **Value of your account on Nov 29, 2024** | **$10,000.00** |

**UBS**

Business Services Account
November 2024

Account name:     (DIP) AMERICAN OPEN SPACE
Friendly account name: AOSR
Account number:     08156 38

# Your account balance sheet

## Summary of your assets

| | | Value on November 29 ($) | Percentage of your account |
|---|---|---:|---:|
| A | Cash and money balances | 10,000.00 | 100.00% |
| B | Cash alternatives | 0.00 | 0.00% |
| C | Equities | 0.00 | 0.00% |
| D | Fixed income | 0.00 | 0.00% |
| E | Non-traditional | 0.00 | 0.00% |
| F | Commodities | 0.00 | 0.00% |
| G | Other | 0.00 | 0.00% |
| **Total assets** | | **$10,000.00** | **100.00%** |

| | |
|---|---:|
| **Value of your account** | **$10,000.00** |

**Your current asset allocation**

A

▸ *Cash and money balances* may include available cash balances, UBS Bank USA deposit account, UBS FDIC Insured Deposit Program Bank accounts, UBS Insured Sweep Program Bank accounts, UBS AG Stamford Branch deposit account balances and money market mutual fund sweep balances. See the *Important information about your statement* on the last two pages of this statement for details about those balances.

# Eye on the markets

| | Percentage change | |
|---|---|---|
| Index | November 2024 | Year to date |
| S&P 500 | 5.87% | 28.07% |
| Russell 3000 | 6.65% | 27.71% |
| MSCI - Europe, Australia & Far East | -0.55% | 6.75% |
| Barclays Capital U.S. Aggregate Bond Index | 1.06% | 2.93% |

**Interest rates on November 29, 2024**
3-month Treasury bills: 4.34%
One-month SOFR: 4.67%

Case 8:24-bk-12885-SC    Doc 38    Filed 01/15/25    Entered 01/15/25 16:09:07    Desc Main Document    Page 11 of 18

**UBS**

Business Services Account
November 2024

Account name: (DIP) AMERICAN OPEN SPACE
Friendly account name: AOSR
Account number: 08156 38

# Change in the value of your account

|  | November 2024 ($) | Year to date ($) |
|---|---|---|
| Opening account value | $147,266.52 | $90,504.31 |
| Deposits, including investments transferred in | 0.00 | 513,445.98 |
| Withdrawals and fees, including investments transferred out | -137,272.77 | -594,032.21 |
| Dividend and interest income | 6.25 | 81.92 |
| Closing account value | $10,000.00 | $10,000.00 |

# Dividend and interest income earned

For purposes of this statement, taxability of interest and dividend income has been determined from a US tax reporting perspective. Based upon the residence of the account holder, account type, or product type, some interest and/or dividend payments may not be subject to United States (US) and/or Puerto Rico (PR) income taxes. The client monthly statement is not intended to be used and cannot be relied upon for tax purposes. Clients should refer to the applicable tax reporting forms they receive from UBS annually, such as the Forms 1099 and the Forms 480, for tax reporting information. It is the practice of UBS to file the applicable tax reporting forms with the US Internal Revenue Service and PR Treasury Department, and in such forms accurately classify dividends and/or interest as tax exempt or taxable income. Please consult your individual tax preparer.

|  | November 2024 ($) | Year to date ($) |
|---|---|---|
| Taxable interest | 6.25 | 81.92 |
| Total current year | $6.25 | $81.92 |
| Total dividend & interest | $6.25 | $81.92 |

# Cash activity summary

See *Account activity this month* for details. Balances in your Sweep Options are included in the opening and closing balances value. FDIC insurance applies to deposits at UBS Bank USA and all banks participating in the UBS FDIC-Insured Deposit Program and the UBS Insured Sweep Program. It does not apply to deposits at UBS AG, Stamford Branch. SIPC protection applies to money market sweep fund holdings but not bank deposits. See *Important information about your statement* on the last two pages of this document for details.

|  | November 2024 ($) | Year to date ($) |
|---|---|---|
| Opening balances | $147,266.52 | $90,504.31 |
| *Additions* |  |  |
| Deposits and other funds credited | 0.00 | 513,445.98 |
| Dividend and interest income | 6.25 | 81.92 |
| Total additions | $6.25 | $513,527.90 |
| *Subtractions* |  |  |
| Fees | 0.00 | -75.00 |
| Other funds debited | -137,272.77 | -593,957.21 |
| Total subtractions | -$137,272.77 | -$594,032.21 |
| Net cash flow | -$137,266.52 | -$80,504.31 |
| Closing balances | $10,000.00 | $10,000.00 |

# UBS Insured Sweep Program Account APY

*Interest period Oct 7 - Nov 6*

| | |
|---|---|
| Opening UBS Insured Sweep Program balance Oct 7 | $147,266.52 |
| Closing UBS Insured Sweep Program balance Nov 6 | $147,272.77 |
| Number of days in interest period | 31 |
| Average daily balance | $147,266.72 |
| Interest earned | $6.25 |
| Annual percentage yield earned | 0.05% |

Case 8:24-bk-12885-SC    Doc 38    Filed 01/15/25    Entered 01/15/25 16:09:07    Desc
Main Document    Page 12 of 18

# Your investment objectives:

You have identified the following investment objectives for this account. If you have questions about these objectives, disagree with them, or wish to change them, please contact your Financial Advisor or Branch Manager. You can find a full description of the alternative investment objectives in *Important information about your statement* at the end of this document.

**Your return objective:**
Current income & capital appreciation
**Your risk profile:**
Primary - Moderate
Investment eligibility consideration - None selected

# Your account instructions

- Your account cost basis default closing method is FIFO, First In, First Out.

Case 8:24-bk-12885-SC    Doc 38    Filed 01/15/25    Entered 01/15/25 16:09:07    Desc
Main Document    Page 13 of 18

## Business Services Account

### November 2024

| | |
|---|---|
| Account name: | (DIP) AMERICAN OPEN SPACE |
| Friendly account name: | AOSR |
| Account number: | 08156 38 |

# Your assets

Some prices, income and current values shown may be approximate. As a result, gains and losses may not be accurately reflected. See *Important information about your statement* at the end of this document for more information.

## Cash

### Cash and money balances

*Cash and money balances* include available cash balances, UBS Bank USA deposit account balances, UBS FDIC Insured Deposit Program Bank deposit account balances, UBS Insured Sweep Program deposit account balances, UBS AG Stamford Branch deposit account balances and money market mutual fund sweep balances.

Deposit account balances at UBS Bank USA and all banks participating in the UBS FDIC-Insured Deposit Program and the UBS Insured Sweep Program are insured by the FDIC up to $250,000 per depositor per ownership category, but are not protected by SIPC. UBS AG Stamford Branch deposit account balances are not insured by the FDIC and are not protected by SIPC. Money market sweep balances are protected by SIPC but are not insured by the FDIC.

For FDIC insurance purposes, deposit balances include deposit account balances held at UBS Bank USA through the UBS cash sweep programs, Certificates of Deposits and UBS Core Savings. FDIC Insurance is calculated by ownership category (e.g., single, joint, retirement, business, trust). As a result, you will need to review your deposit amounts in each ownership category to determine whether your deposit balances are fully insured. For more information, visit www.fdic.gov. Please review this section as well as the "Cash alternatives" and "Fixed income" sections to review the current deposit balances held at UBS Bank USA.

See the *Important information about your statement* at the end of this document for details about those balances.

| Holding | Opening balance on Nov 1 ($) | Closing balance on Nov 29 ($) | Price per share on Nov 29 ($) | Average rate | Dividend/Interest period | Days in period |
|---|---|---|---|---|---|---|
| UBS Insured Sweep Prgm | 147,266.52 | 10,000.00 | | | | |

### UBS Insured Sweep Program

| Priority | Bank Name | Closing balance on Nov 29 ($) | Status |
|---|---|---|---|
| 1 | UBS Bank USA | 10,000.00 | |
| 2 | Truist Bank | 0.00 | |
| 3 | Synovus Bank | 0.00 | |
| 4 | Citibank, National Association | 0.00 | |
| 5 | Banc of California | 0.00 | |
| 6 | Barclays Bank Delaware | 0.00 | |
| 7 | The Huntington National Bank | 0.00 | |

| Priority | Bank Name | Closing balance on Nov 29 ($) | Status |
|---|---|---|---|
| 8 | HSBC Bank USA | 0.00 | |
| 9 | EagleBank | 0.00 | |
| 10 | Associated Bank | 0.00 | |
| 11 | CIBC Bank USA | 0.00 | |
| 12 | Valley National Bank | 0.00 | |
| 13 | Pinnacle Bank | 0.00 | |
| 14 | Tristate Capital Bank | 0.00 | (2) |
| | TOTAL | $10,000.00 | |

### Status

(2) - This Bank is at deposit capacity and may temporarily stop taking new deposits until capacity is available

Account name:           (DIP) AMERICAN OPEN SPACE
Friendly account name: AOSR
Account number:         08156 38

Case 8:24-bk-12885-SC    Doc 38    Filed 01/15/25    Entered 01/15/25 16:09:07    Desc
Main Document    Page 15 of 18

## Your assets (continued)

### Your total assets

| | | Value on Nov 29 ($) | Percentage of your account | Cost basis ($) | Estimated annual income ($) | Unrealized gain or loss ($) |
|---|---|---|---|---|---|---|
| Cash | Cash and money balances | 10,000.00 | 100.00% | 10,000.00 | | |
| **Total** | | **$10,000.00** | **100.00%** | **$10,000.00** | | |

# Account activity this month

For more information about the price/value shown for restricted securities, see *Important information about your statement* at the end of this document.

| Date | Activity | Description | | Your expense code | Quantity/ Face value | Price/Value ($) | Cash amount ($) | Cash and money balance ($) |
|---|---|---|---|---|---|---|---|---|
| **Oct 31** | | **Cash and money balance** | | | | | | **$147,266.52** |
| Nov 7 | Interest | UBS INSURED SWEEP PROGRAM AS OF 11/06/24 | | | | | 6.25 | 147,272.77 |
| Nov 8 | Transfer | TO | 55522 3100 | | | | -137,272.77 | 10,000.00 |
| **Nov 29** | | **Closing cash and money balance** | | | | | | **$10,000.00** |

| | Date | Activity | Description | Amount ($) |
|---|---|---|---|---|
| **Money balance activities** | Oct 31 | Balance forward | | $147,266.52 |
| | Nov 7 | Deposit | UBS INSURED SWEEP PROGRAM AS OF 11/06/24 | 6.25 |
| | Nov 12 | Withdrawal | UBS INSURED SWEEP PROGRAM | -137,272.77 |
| | **Nov 29** | **Closing UBS Insured Sweep Program** | | **$10,000.00** |

Debtor's Name

American Open Spaces Remedies, LLC

Case No. 24-12885



PageOnePartOne

PageOnePartTwo

PageTwoPartOne

PageTwoPartTwo

UST Form 11-MOR (12/01/2021)                    10

Debtor's Name

American Open Spaces Remedies, LLC

Case No.  24-12885

Bankruptcy1to50

Bankruptcy51to100

NonBankruptcy1to50

NonBankruptcy51to100

UST Form 11-MOR (12/01/2021)                    11

| Debtor's Name | | Case No. | 24-12885 |
|---|---|---|---|
| | American Open Spaces Remedies, LLC | | |



PageThree



PageFour

UST Form 11-MOR (12/01/2021)                    12