Robert P. Goe - State Bar No. 137019
Reem J. Bello – State Bar No. 198840
**GOE FORSYTHE & HODGES LLP**
17701 Cowan, Suite 210, Bldg. D
Irvine, CA 92614
rgoe@goeforlaw.com
rbello@goeforlaw.com

Telephone:  (949) 798-2460
Facsimile:   (949) 955-9437

Proposed Attorneys for American Open Space
Remedies LLC, a California limited liability company

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION

| | |
|---|---|
| In re:<br><br>AMERICAN OPEN SPACE REMEDIES LLC, a California limited liability company,<br><br><br>        Debtor and Debtor in Possession. | Case No. 8:24-bk-12885-SC<br><br>Chapter 11<br><br>**SUPPLEMENTAL DECLARATION OF JEFFREY BROKER IN SUPPORT OF AMENDED APPLICATION OF DEBTOR AND DEBTOR-IN-POSSESSION, AMERICAN OPEN SPACE REMEDIES LLC FOR AUTHORITY TO EMPLOY GOE FORSYTHE & HODGES LLP, AS GENERAL BANKRUPTCY COUNSEL**<br><br>Hearing:<br>Date:         February 5, 2025<br>Time:         1:30 p.m.<br>Location:    Courtroom 5C<br>            411 West Fourth Street<br>            Santa Ana, CA 92701 |

## DECLARATION OF JEFFREY BROKER

I, Jeffrey Broker, declare and state,

1. I make this supplemental declaration in support of Debtor's *Amended Application of Debtor and Debtor-in-Possession, American Open Space Remedies LLC for Authority to Employ Goe Forsythe & Hodges LLP, as General Bankruptcy Counsel* ("Application"). The following facts are known to me and if called as a witness I could and would competently testify thereto.

2. I have returned the amount of $57,466.00 to the Debtor paid to Broker and Associates P.C. on November 14, 2024 from Beaumont 1600 LLC.

3. I waive any pre-petition claim against Debtor and the Estate.

I declare, under the penalty of perjury, under the laws of the United States of America, that the foregoing is true and correct to the best of my knowledge and understanding.

Dated: January 22, 2025

_____
Jeffrey Broker

2

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is: 17701 Cowan, Suite 210, Building D, Irvine, CA 92614

A true and correct copy of the foregoing document entitled (*specify*): **SUPPLEMENTAL DECLARATION OF JEFFREY BROKER IN SUPPORT OF AMENDED APPLICATION OF DEBTOR AND DEBTOR-IN-POSSESSION, AMERICAN OPEN SPACE REMEDIES LLC FOR AUTHORITY TO EMPLOY GOE FORSYTHE & HODGES LLP, AS GENERAL BANKRUPTCY COUNSEL** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On January 22, 2025, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- **Reem J Bello    rbello@goeforlaw.com, kmurphy@goeforlaw.com**
- **Jeffrey W Broker    jbroker@brokerlaw.biz**
- **Brian L. Davidoff    bdavidoff@greenbergglusker.com, calendar@greenbergglusker.com;jking@greenbergglusker.com;cmillerwatkins@greenbergglusker.com**
- **Robert P Goe    kmurphy@goeforlaw.com, rgoe@goeforlaw.com;goeforecf@gmail.com;Goe.RobertP.R@notify.bestcase.com;ajohnston@goeforlaw.com**
- **Kenneth Misken    Kenneth.M.Misken@usdoj.gov**
- **Cole F. Nicholas    cnicholas@greenbergglusker.com, calendar@greenbergglusker.com;cmillerwatkins@greenbergglusker.com**
- **United States Trustee (SA)    ustpregion16.sa.ecf@usdoj.gov**

☐  Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) January 22, 2025, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☐  Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) January 22, 2025, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

- The Honorable Scott Clarkson, USBC, 411 West Fourth Street, Suite 5130, Santa Ana, CA 92701

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| January 22, 2025 | Kerry A. Murphy | /s/Kerry A. Murphy |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

3