BRIAN L. DAVIDOFF (SBN 102654)
BDavidoff@GreenbergGlusker.com
KEITH PATRICK BANNER (SBN 259502)
KBanner@GreenbergGlusker.com
GREENBERG GLUSKER FIELDS CLAMAN
& MACHTINGER LLP
2049 Century Park East, Ste. 2600
Los Angeles, California 90067-4590
Telephone:  310.553.3610
Fax:  310.553.0687

Attorneys for Secured Creditor,
Liquid Funds LLC

GREENBERG GLUSKER FIELDS CLAMAN
& MACHTINGER LLP
2049 Century Park East, Suite 2600
Los Angeles, California  90067

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## SANTA ANA DIVISION

| | |
|---|---|
| In re:<br><br>AMERICAN OPEN SPACE REMEDIES, LLC,<br><br><br>Debtor. | Case No. 8:24-bk-12885-SC<br><br>Chapter 11<br><br>**MOTION FOR ORDER AUTHORIZING EXAMINATION OF PERSON MOST KNOWLEDGEABLE OF THE DEBTOR AND COMPELLING THE PRODUCTION OF DOCUMENTS PURSUANT TO RULE 2004 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE**<br><br>**MEMORANDUM OF POINTS AND AUTHORITY AND DECLARATION OF KEITH PATRICK BANNER IN SUPPORT THEREOF**<br><br>[NO HEARING REQUIRED; LBR 2004-1] |

**TO THE HONORABLE SCOTT C. CLARKSON, UNITED STATES BANKRUPTCY JUDGE, THE DEBTOR, THE UNITED STATES TRUSTEE, AND ALL PARTIES-IN-INTEREST HEREIN:**

**PLEASE TAKE NOTICE** Secured Creditor Liquid Funds LLC (the "Liquid Funds") hereby submits this motion (this "Motion") and moves the Court, pursuant to Rule 2004 ("Rule 2004") of the Federal Rules of Bankruptcy Procedure (collectively, the "Bankruptcy Rules") and

1

MOTION FOR ORDER AUTHORIZING
RULE 2004 EXAMINATION

Local Bankruptcy Rule 2004-1, for entry of an order compelling the Person Most Knowledgeable ("PMK") of Debtor American Open Space Remedies LLC (the "Debtor") to produce certain documents as set forth on Exhibit B to the accompanying *Declaration of Keith Patrick Banner* (the "Banner Declaration"); and compelling the PMK of the Debtor to submit to examination, under oath, pursuant to Rule 2004 and Local Bankruptcy Rule 2004-1 regarding the matters described in Exhibit A to the Banner Declaration (collectively, the "Matters").

This Motion is made on the grounds that cause exists for the examination of the PMK of the Debtor with respect to the Matters because the Matters are each relevant to the administration of the bankruptcy case and/or the claims filed against the bankruptcy estate, including the secured claim of Liquid Funds.

The requested examination and production of documents cannot proceed under Bankruptcy Rules 7030, 7034 or 9016 because there is presently no adversary proceeding or contested matter pending between Liquid Funds and the Debtor so as to allow examinations other than pursuant to Rule 2004.  Therefore, Liquid Funds seeks an order authorizing the examination of the PMK of the Debtor and requiring the production of documents pursuant to Rule 2004 and Local Bankruptcy Rule 2004-1.

As set forth in the Banner Declaration, counsel for Liquid Funds has met and conferred with the Debtor's counsel regarding the timing of the production of documents and the examination.  Although Debtor's counsel has been responsive in the meet and confer process, the Debtor unfortunately has not provided any feedback during the process, despite being given ample time to do so.  As such, Liquid Funds requests to proceed with the initial deadline and examination dates proposed to the Debtor in the meet and confer process as follows: **March 14, 2025** date for the examination and a deadline of **March 7, 2025** for a production of documents.

The Debtor is being served with this Motion via email through counsel and via U.S. Mail at its address of record:

> American Open Space Remedies LLC
> 18022 Cowan
> Suite 103
> Irvine, CA 92614

GREENBERG GLUSKER FIELDS CLAMAN
& MACHTINGER LLP
2049 Century Park East, Suite 2600
Los Angeles, California 90067

2                                                    MOTION FOR ORDER AUTHORIZING
                                                     RULE 2004 EXAMINATION

GREENBERG GLUSKER FIELDS CLAMAN
& MACHTINGER LLP
2049 Century Park East, Suite 2600
Los Angeles, California 90067

**PLEASE TAKE FURTHER NOTICE** that pursuant to Local Bankruptcy Rule 2004-1, any requests for a protective order relating to this Motion must be in writing and filed with the Court not less than fourteen (14) days before the date of the examination or document production and set for hearing not less than two (2) days before the examination or production date, and served on counsel for Liquid Funds at the mailing address indicated in the upper left-hand corner of the first page of this Motion, and the Office of the United States Trustee (the "U.S. Trustee"). The failure to timely file and serve any motion for protective order may result in any such opposition to the examination and document production being waived.

**WHEREFORE**, Liquid Funds prays that this Court enter an order for the examination of the Debtor under Rule 2004 and Local Bankruptcy Rule 2004-1, providing as follows:

A.    The PMK of the Debtor shall produce the documents described in Exhibit B attached hereto to counsel for Liquid Funds by physical delivery to the offices of Greenberg Glusker Fields Claman & Machtinger LLP, 2049 Century Park East, Ste. 2600, Los Angeles, California 90067, Attn: Keith Patrick Banner, Esq. or via email to kbanner@greenbergglusker.com, in either case no later than **March 7, 2025** or at such other times and places designated on at least ten (10) days written notice to the Debtor, or as agreed to between the Debtor and Liquid Funds.

B.    The PMK of the Debtor shall appear to be examined by Liquid Funds at the offices of Greenberg Glusker Fields Claman & Machtinger LLP, 2049 Century Park East, Ste. 2600, Los Angeles, California 90067 on **March 14, 2025, at 9:00 a.m.**, or at such other time, place or manner as designated on at least ten (10) days written notice to the Debtor, or upon mutual agreement between the Debtor and Liquid Funds to testify regarding all Matters described in Exhibit A attached hereto.

C.    Counsel for Liquid Funds shall be authorized to issue subpoenas, as appropriate, to compel the production of documents and attendance at the examination requested herein.

/ / /

/ / /

/ / /

MOTION FOR ORDER AUTHORIZING
RULE 2004 EXAMINATION

59776-00017/5424696.1

D.      Bankruptcy Rule 7030 and Rule 30(e) of the Federal Rules of Civil Procedure regarding the submission to the witnesses of the transcript for changes and execution shall be applicable to such Rule 2004 examinations.

DATED:  February 18, 2025

GREENBERG GLUSKER FIELDS CLAMAN & MACHTINGER LLP

By: */s/ Keith Patrick Banner*
BRIAN L. DAVIDOFF
KEITH PATRICK BANNER
Attorneys for Secured Creditor,
Liquid Funds LLC

GREENBERG GLUSKER FIELDS CLAMAN
& MACHTINGER LLP
2049 Century Park East, Suite 2600
Los Angeles, California 90067

4

MOTION FOR ORDER AUTHORIZING
RULE 2004 EXAMINATION

GREENBERG GLUSKER FIELDS CLAMAN
& MACHTINGER LLP
2049 Century Park East, Suite 2600
Los Angeles, California 90067

## MEMORANDUM OF POINTS AND AUTHORITIES

**I.    FACTUAL BACKGROUND**

    **A.    Commencement of the Bankruptcy Case**

On November 8, 2024 (the "Petition Date"), the Debtor filed a voluntary petition (the "Petition") under chapter 11 of the Bankruptcy Code, commencing the within chapter 11 bankruptcy case. On December 5, 2024, the Debtor filed its *Schedules of Assets and Liabilities* ("Schedules"), *Statement of Financial Affairs* ("SOFA") and related required filings [Docket No. 21]. The Debtor continues to manage its property as debtor and debtor-in-possession pursuant to Sections 1107(a) and 1108. No examiner or committee has been appointed in the Debtor's bankruptcy case.

The U.S. Trustee conducted the meeting of creditors pursuant to section 341(a) of the Bankruptcy Code (the "341(a) Meeting") on December 20, 2024, and it was continued from time to time until concluded on January 16, 2025.

    **B.    The Information to Be Sought in the Examination**

Liquid Funds seeks the examination of the Debtor regarding the Matters described in Exhibit A to the Banner Declaration. Liquid Funds submits that each of the Matters are relevant to the administration of the bankruptcy case and/or the claims filed against the bankruptcy estate, including the secured claim of Liquid Funds. In addition, Liquid Funds seeks an order under Rule 2004 and Local Bankruptcy Rule 2004-1 compelling the production of documents relating to the Matters as set forth on Exhibit B to the Banner Declaration.

    **C.    Liquid Funds Has Met and Conferred**

As set forth in the Banner Declaration, Liquid Funds, through counsel, has met and conferred with the Debtor's counsel. Although Debtor's counsel has been responsive in the meet and confer process, the Debtor unfortunately has not provided any feedback during the process, despite being given ample time to do so. As such, Liquid Funds requests to proceed with the initial deadline and examination dates proposed to the Debtor in the meet and confer process as follows: March 14, 2025 date for the examination and a deadline of March 7, 2025 for a production of documents.

5

MOTION FOR ORDER AUTHORIZING
RULE 2004 EXAMINATION

On February 13, 2025, counsel for Liquid Funds provided the Debtor's counsel a copy of the Matters for examination attached as <u>Exhibit A</u> to the Banner Declaration and the document requests relating to the proposed Rule 2004 examination, attached as <u>Exhibit B</u> to the Banner Declaration, to ensure the Debtor is provided sufficient time to prepare for the examination and produce responsive documents.

Based upon the above, Liquid Funds submits that he has satisfied the requirements to meet and confer in this matter pursuant to Local Bankruptcy Rule 2004-1.

## II.      **LIQUID FUNDS IS ENTITLED TO DOCUMENTS AND INFORMATION WHICH ARE RELEVANT TO ANY AND ALL ASPECTS OF THE BANKRUPTCY CASE**

Rule 2004 authorizes the Court to order the examination (a "Rule 2004 Examination") of any entity upon motion by a party in interest.  Rule 2004(b) states in pertinent part as follows:

> "The examination of an entity under this rule . . . may relate only to the acts, conduct, or property or to the liabilities and financial condition of the debtor, or to any matter which may affect the administration of the debtor's estate. . . ."

Fed R. Bankr. P. 2004(b).

The scope of a Rule 2004 Examination extends to "any matter which may affect administration of the debtor's estate."  As stated in COLLIER ON BANKRUPTCY (quoting *In re Duratech Indus. Inc.*, 241 B.R. 283, 289 (E.D. N.Y. 1994)):

> The scope of a Rule 2004 examination is exceptionally broad and the rule itself is "peculiar to bankruptcy law and procedure because it affords few of the procedural safeguards that an examination under Rule 26 of the Federal Rules of Civil Procedure does." Examinations under Rule 2004 are allowed for the "purpose of discovering assets and unearthing frauds" and have been compared to "a fishing expedition."

9 COLLIER ON BANKRUPTCY, ¶ 2004.01 (16th ed. 2022) (internal citations omitted).

Measured against this broad standard, the scope of the Rule 2004 Examinations requested

GREENBERG GLUSKER FIELDS CLAMAN
& MACHTINGER LLP
2049 Century Park East, Suite 2600
Los Angeles, California 90067

6

MOTION FOR ORDER AUTHORIZING
RULE 2004 EXAMINATION

herein is proper and appropriate.  The information sought by Liquid Funds is necessary in order to properly evaluate identified and potential assets and claims against of the bankruptcy estate.  "The purpose of a Rule 2004 examination is to allow the court to gain a clear picture of the condition and whereabouts of the bankrupt's estate." *Keene Corp. v. Johns-Mansville Corp. (In re Johns-Manville Corp.)*, 42 B.R. 362, 364 (S.D. N.Y. 1984) (citation omitted); *see also In re Financial Corp. of America*, 119 B.R. 728, 733 (Bankr. C.D. Cal. 1990) ("The scope of Rule 2004 is broad, and an examination pursuant to this rule may extend to third parties who have had dealings with the debtor.") (citations omitted).

Because there are no adversary proceedings or contested matters currently under way in this bankruptcy case, the requested production of documents and examinations could not proceed pursuant to Bankruptcy Rules 7024 or 9014.  Local Bankruptcy Rule 2004-1 prescribes the procedure by which a party in interest may obtain a Rule 2004 examination order.  As demonstrated by the Banner Declaration, this Motion meets all the requirements of Local Bankruptcy Rule 2004-1.

The Documents to be produced by the Debtor are identified in <u>Exhibit B</u> to the Banner Declaration, a courtesy copy of which was transmitted to the Debtor's counsel on February 13, 2025.  A proposed order with respect to the Motion has been uploaded concurrently herewith and, as set forth on the accompanying proof of service, a copy of this Motion has been served on the Debtor and his counsel.

**III.     CONCLUSION**

Based on the foregoing, Liquid Funds respectfully requests entry of an order:

1)       Granting the Motion;

2)       Compelling the PMK of the Debtor to produce the documents described in <u>Exhibit B</u> to counsel for Liquid Funds by physical delivery to the offices of Greenberg Glusker Fields Claman & Machtinger LLP, 2049 Century Park East, Ste. 2600, Los Angeles, California 90067, Attn: Keith Patrick Banner, Esq. or via email to kbanner@greenbergglusker.com, in either case no later than **March 7, 2025** or at such other times and places designated on at least ten (10) days written notice to the Debtor, or as agreed to between the Debtor and Liquid Funds.

GREENBERG GLUSKER FIELDS CLAMAN
& MACHTINGER LLP
2049 Century Park East, Suite 2600
Los Angeles, California 90067

MOTION FOR ORDER AUTHORIZING
RULE 2004 EXAMINATION

59776-00017/5424696.1

3)       Compelling the PMK of the Debtor to appear to be examined by counsel for Liquid Funds regarding the Matters described in Exhibit A attached hereto at the offices of Greenberg Glusker Fields Claman & Machtinger LLP, 2049 Century Park East, Ste. 2600, Los Angeles, California 90067 on **March 14, 2025, at 9:00 a.m.**, or at such other time, place or manner as designated on at least ten (10) days written notice to the Debtor, or upon mutual agreement between the Debtor and Liquid Funds;

4)       Authorizing the issuance of subpoenas, as appropriate, to compel the production of documents and attendance at the examination;

5)       Providing that Bankruptcy Rule 7030 and Rule 30(e) of the Federal Rules of Civil Procedure regarding the submission to the witnesses of the transcript for changes and execution shall be applicable to such Rule 2004 examination; and

6)       Providing for such other and further relief as the Court deems just and proper under the circumstances.

DATED:  February 18, 2025

GREENBERG GLUSKER FIELDS CLAMAN & MACHTINGER LLP

By:  */s/ Keith Patrick Banner*

BRIAN L. DAVIDOFF
KEITH PATRICK BANNER
Attorneys for Secured Creditor,
Liquid Funds LLC

GREENBERG GLUSKER FIELDS CLAMAN
& MACHTINGER LLP
2049 Century Park East, Suite 2600
Los Angeles, California 90067

8

MOTION FOR ORDER AUTHORIZING
RULE 2004 EXAMINATION

**DECLARATION OF KEITH PATRICK BANNER**

I, Keith Patrick Banner, declare:

1.     I am an attorney at law duly licensed to practice in the State of California.  I am a partner of the law firm of Greenberg Glusker Fields Claman & Machtinger LLP, counsel to Secured Creditor Liquid Funds LLC (the "Liquid Funds").  I have personal knowledge of the facts stated below, or have learned them in the course of my representation of Liquid Funds, and, if called as a witness, I could and would testify competently thereto.

2.     I make this Declaration in support of the accompanying *Motion for Order Authorizing Examination of Person Most Knowledgeable of the Debtor and Compelling the Production of Documents Pursuant to Rule 2004 of the Federal Rules of Bankruptcy Procedure* (the "Motion").

3.     I have shared extensive email correspondence and telephone calls with Robert P. Goe. Esq. of Goe Forsythe & Hodges, counsel for the Debtor, in an effort to meet and confer regarding the proposed examination of the PMK of the Debtor and the production of documents relating thereto.  Although Mr. Goe has been responsive in the meet and confer process, the Debtor unfortunately has not provided any feedback during the process, despite being given ample time to do so.

4.     On February 13, 2025, I provided Mr. Goe a copy of the Matters for Examination, a true and correct copy of which is attached hereto as Exhibit A, and the document requests relating to the proposed Rule 2004 examination, a true and correct copy of which is attached hereto as Exhibit B, in an effort to ensure the Debtor has sufficient time to prepare for the examination and produce responsive documents.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 18th day of February, 2025, at Los Angeles, California.

_____
KEITH PATRICK BANNER

**GREENBERG GLUSKER FIELDS CLAMAN & MACHTINGER LLP**
2049 Century Park East, Suite 2600
Los Angeles, California  90067

1

DECLARATION OF
KEITH PATRICK BANNER

# EXHIBIT "A"

**EXHIBIT A**

*In re American Open Space Remedies, LLC*
*Bankruptcy Case No. 8:24-bk-12885-SC*
*United States Bankruptcy Court, Central District of California*

MATTERS FOR EXAMINATION TO PERSON MOST KNOWLEDGEABLE OF THE

DEBTOR AMERICAN OPEN SPACE REMEDIES, LLC

**DEFINITIONS**

A.    "APPLICABLE PERIOD" means March 30, 2022 through and including the PETITION DATE.

B.    "ACH PAYMENTS" shall mean and refer to Automated Clearing House, a United States financial network used for electronic payments and money transfers, also known as "direct payments."

C.    "BANK RECORDS" as used herein includes, but is not limited to, account or credit applications, signature cards, check register, electronic check register, corporate board authorization minutes or partnership resolutions, authorization information, bank statements, cancelled checks, copies of the front and back of checks written on the account(s), deposit tickets, item deposited, credit and debit memos, cashier's checks, ACH PAYMENTS, Form 1099s, Form 1089s, and back up withholding documents, wire transfer records (including requests for authorization to wire funds, fedwire, Swift, or other documents reflecting the transfer of funds to, from or on behalf of the account holder, documents reflecting the source of funds for a wire out and documents reflecting the disposition of a wire transfer in), loan applications, and loan ledger sheets.

D.    "BANKRUPTCY CASE" means the chapter 11 bankruptcy case pending in the United States Bankruptcy Court, Central District of California, styled *In re Open Space Remedies, LLC*, bearing Case No. 8:24-bk-12885-SC.

E.    "BEAUMONT" means the City of Beaumont located in Riverside County, California, including all its departments, agencies, and divisions and further including all employees, attorneys, agents or other professionals acting on its behalf.

/ / /

GREENBERG GLUSKER FIELDS CLAMAN
& MACHTINGER LLP
2049 Century Park East, Suite 2600
Los Angeles, California 90067

EXHIBIT A

F.    "DEBTOR" means American Open Space Remedies, LLC, Debtor in the BANKRUPTCY CASE, as well as its employees, attorneys, agents or other professionals.

G.    "LOAN" means the loan evidenced by that certain Promissory Note dated March 29, 2022 executed by DEBTOR in favor of LIQUID FUNDS in the principal amount of $13,000,000, secured by that certain Deed of Trust, Assignment of Rents, Security Agreement and Fixture Filing executed by DEBTOR on March 30, 2022 and guaranteed by Scott H. Krentel pursuant to that certain Continuing Guaranty executed on March 29, 2022, along with any amendments or modifications thereto, and including all related ancillary agreements, instruments and other documents.

H.    "PETITION DATE" means November 8, 2024, the date on which DEBTOR filed a petition for relief commencing the BANKRUPTCY CASE.

I.    "PROPERTY" means and collectively refers to certain real property parcels located in Riverside County, California, bearing the following assessor parcel numbers:424-060-001; Portion of 424-060-002; 424-060-006; 424-060-007; and 424-060-008; 424-060-009.

J.    "RELATE" or "RELATING TO" as used herein shall mean and refer to a DOCUMENT or any and all DOCUMENTS that concern, refer to, summarize, reflect, constitute, comprise, state, contain, embody, pertain to, identify, study, are involved with, mention, discuss, consist of, show, comment upon, evidence, support, respond to, deal with, describe, analyze, refute, contradict, or are in any way pertinent to that subject, directly or indirectly, in whole or in part.

K.    "SCHEDULES" means the schedules and statements filed by DEBTOR in the BANKRUPTCY CASE on December 5, 2024, bearing Docket No. 21.

L.    "YOU" or "YOUR" means the Person Most Knowledgeable of DEBTOR, as well as YOUR attorneys, agents or other professionals.

GREENBERG GLUSKER FIELDS CLAMAN
& MACHTINGER LLP
2049 Century Park East, Suite 2600
Los Angeles, California 90067

2    EXHIBIT A

## MATTERS FOR EXAMINATION

1.    The LOAN and DEBTOR'S use of the proceeds thereof and default thereunder.

2.    DEBTOR'S BANK RECORDS and the transactions reflected therein during the APPLICABLE PERIOD.

3.    DEBTOR'S proposed development of the PROPERTY, including history and status thereof.

4.    DEBTOR'S efforts to annex the PROPERTY into BEAUMONT.

5.    DEBTOR'S proposed valuation of the PROPERTY.

6.    DEBTOR'S proposed financial projections, cash flow projections and/or budget(s) for the PROPERTY.

7.    DEBTOR'S tax returns filed during the APPLICABLE PERIOD.

8.    DEBTOR'S purported causes of action against LIQUID FUNDS disclosed in the SCHEDULES.

9.    The subject matter of all documents produced by DEBTOR in advance of the examination.

GREENBERG GLUSKER FIELDS CLAMAN
& MACHTINGER LLP
2049 Century Park East, Suite 2600
Los Angeles, California  90067

3                                        EXHIBIT A

59776-00017/5425616.2

# EXHIBIT "B"

**EXHIBIT B**

*In re American Open Space Remedies, LLC*
*Bankruptcy Case No. 8:24-bk-12885-SC*
*United States Bankruptcy Court, Central District of California*

DOCUMENT REQUESTS TO PERSON MOST KNOWLEDGEABLE OF THE DEBTOR

AMERICAN OPEN SPACE REMEDIES, LLC

**INSTRUCTIONS**

A.    Pursuant to Rule 2004 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and Rule 45 of the Federal Rules of Civil Procedure, as incorporated by Bankruptcy Rule 9016, Secured Creditor Liquid Funds LLC (the "LIQUID FUNDS"), under the authority of the accompanying *Order Granting Motion for Order Authorizing Examination of Person Most Knowledgeable of the Debtor and Compelling the Production of Documents Pursuant to Rule 2004 of the Federal Rules of Bankruptcy Procedure* (the "2004 ORDER") hereby demands that the Person Most Knowledgeable ("YOU") of Debtor American Open Space Remedies LLC ("DEBTOR") produce for inspection, copying and/or photocopying, the originals of the following described DOCUMENTS and other tangible things in YOUR possession, custody or control, no later than March 7, 2025 as required under the 2004 ORDER.

B.    The DOCUMENTS and items described below are believed to be in YOUR or DEBTOR'S possession, custody or control, are not privileged, and are relevant to DEBTOR'S financial condition and/or relevant to matters which may affect the administration of the BANKRUPTCY CASE, whether the DOCUMENTS or items are located in the YOUR residence or any office or residence maintained by DEBTOR or any of YOUR or DEBTOR'S agents, attorneys, accountants, consultants, experts, investigators, officers, employees, or any other PERSON or party under YOUR or DEBTOR'S control.

C.    Please also note that a representation of inability to comply with any particular item or category of items demanded shall affirm, under oath, that a diligent search and a reasonable inquiry has been made in an effort to comply with the demand and the statement shall also specify, under oath, whether the inability to comply is because the particular item or category of item (a) has never existed, (b) has been destroyed, (c) has been lost, misplaced, or stolen, or (d) has never

EXHIBIT B

GREENBERG GLUSKER FIELDS CLAMAN
& MACHTINGER LLP
2049 Century Park East, Suite 2600
Los Angeles, California  90067

been, or is no longer, in YOUR or DEBTOR'S possession, custody or control, as well as the name and address of any natural PERSON or organization known or believed by YOU to have possession, custody, or control of that item or category of item.

D.     The use of a word in its singular form shall be deemed to include within its use the plural form as well, and the use of a word in its plural form shall be deemed to include within its use the singular form as well.

E.     "And" as well as "or" shall be construed either disjunctively or conjunctively as necessary to bring within the scope of these requests those matters that may otherwise be construed to be outside their scope.

F.     "Each" includes the word "every" and "every" includes the word "each."  "Any" includes the word "all" and "all" includes the word "any."

G.     In the event YOU claim the attorney-client privilege and/or attorney work product privilege with respect to any item requested herein, then YOU must provide the following information with respect to each such DOCUMENT:

    a.   The nature and substance of the DOCUMENT, with sufficient particularity to enable it to be identified, including but not limited to:

        i.   the type of DOCUMENT (e.g., letter, memorandum, facsimile transmission, e-mail, notes, etc.);

        ii.   if the DOCUMENT is an electronic document, the software utilized to create the DOCUMENT (e.g. Microsoft Word, Microsoft Excel, Adobe, etc.) and the electronic format the DOCUMENT (e.g. .docx, .xlsx, .pdf, etc.).

        iii.   the total number of pages of the DOCUMENT;

        iv.   the general subject matter of the DOCUMENT;

    b.   The date of the DOCUMENT or if it bears no date, the date on which it was prepared and/or transmitted, including via e-mail or facsimile;

    c.   The date the DOCUMENT was executed, if different from the date it bears.

    d.   The name of each author of the DOCUMENT.

    e.   The name of each PERSON to whom the DOCUMENT was directed;

GREENBERG GLUSKER FIELDS CLAMAN
& MACHTINGER LLP
2049 Century Park East, Suite 2600
Los Angeles, California  90067

2                                    EXHIBIT B

f. The name of each PERSON who, at any time, received or reviewed the DOCUMENT or to whom the DOCUMENT or a copy of it was supplied;

g. Each privilege or doctrine which YOU contend protects all or any portion of that DOCUMENT from production or disclosure; and

h. Each fact upon which YOU rely to support YOUR claim of privilege.

H. In the event that any DOCUMENT demanded hereby has been destroyed, discarded, or otherwise disposed of (a "DISPOSAL"), each such DOCUMENT is to be identified as completely as possible, including, without limitation, the following information:

a. The nature and substance of the DOCUMENT, with sufficient particularity to enable it to be identified, including but not limited to:

 i. the type of DOCUMENT (e.g., letter, memorandum, facsimile transmission, e-mail, notes, etc.);

 ii. if the DOCUMENT is an electronic document, the software utilized to create the DOCUMENT (e.g. Microsoft Word, Microsoft Excel, Adobe, etc.) and the electronic format the DOCUMENT (e.g. .docx, .xlsx, .pdf, etc.).

 iii. the total number of pages of the DOCUMENT;

 iv. the general subject matter of the DOCUMENT;

b. The date of the DOCUMENT or if it bears no date, the date on which it was prepared and/or transmitted, including via e-mail or facsimile;

c. The date the DOCUMENT was executed, if different from the date it bears.

d. The name of each author of the DOCUMENT.

e. The name of each PERSON to whom the DOCUMENT was directed;

f. The name of each PERSON who, at any time, received or reviewed the DOCUMENT or to whom the DOCUMENT or a copy of it was supplied;

g. The date of DISPOSAL;

h. The reasons for DISPOSAL;

i. The name of the PERSON who authorized the DISPOSAL;

j. The name of the PERSON who disposed of the DOCUMENT; and

GREENBERG GLUSKER FIELDS CLAMAN & MACHTINGER LLP
2049 Century Park East, Suite 2600
Los Angeles, California 90067

3 EXHIBIT B

k. The name of the custodian of the DOCUMENT at the time of the DISPOSAL.

I. If any DOCUMENT demanded hereby or copy of it is not in YOUR custody, identify by name, address, and telephone number the most recently known PERSON who has custody or control of it or a copy of it.

J. Unless otherwise noted herein, YOU are to produce electronically stored information ("ESI") in the following form(s): (a) bates-numbered, single-paged, electronically searchable TIFF images, with parent-child relationships of DOCUMENTS kept intact (*e.g.*, an e-mail message must remain connected with its attachments), with no "de-duping" across the data set, with an Ipro load file (or an ASCII delimited text file with all images and data cross-referenced) containing the document breaks, a csv or dat file containing the beginning and ending document breaks, with no "locked" data and all associated embedded data and metadata intact, including without limitation, BEG_BATES, END_BATES, BEG_ATTACH_BATES, END_ATTACH_BATES, DOC_DATE, DOC_TITLE, DOC_CHAR, AUTHOR, RECIPIENT, CC, BCC, OCR TEXT, DATETIME, TOTAL_PAGES, NATIVE FILE NAME, AUTHORC, APPNAME, VERSION, ATTACH_CNT, ATTACH_LST, CDATE, CDATE_ONLY, CTIME_ONLY, E_CDATE, E_CDATEONLY, E_CTIMEONLY, CREATIONDA, CREATOR, D_CREATED, DTCDATEONL, DTCTIMEONL, DT_LASTSAVE, DISCOVERY_P, ENTRY_ID, FILESIZE, IMAGELENGTH, IMAGEWIDTH, LAST_ACCESS, DO_LASTACCE, TO_LASTACCE, LASTMODI, LMDATEONLY, LMTIMEONLY, LOCATION, MD5HASH, E_MD5HASH, SHA, MESG_HDR, MESG_ID, NAME, OWNER, PR_CONVERSA, PR_CREATION, PR_INTERNET, PR_LASTMODI, PR_MESSAGES, PR_SENDEREM, PR_SENDERNA, PR_TRANSPOR, PRIMARYAUT, PRODUCER, PUBLISHER, E_RDATE, E_RDATEONLY, E_RTIMEONLY, E_SUBJECT, RECIPIENTS, REVISION_DA, SENT_DT, SENTDTONLY and SENTTMONLY; (b) for electronically stored audio and/or video files, please produce them in accordance with subsection (a), except that they should be produced not as TIFF images, but in their native format or, if they are a file type that is proprietary and not readily accessible, in a format that is widely used (*e.g.*, MPEG, WAV, etc.); and (c) for electronically stored information in databases, please produce such information in

GREENBERG GLUSKER FIELDS CLAMAN
& MACHTINGER LLP
2049 Century Park East, Suite 2600
Los Angeles, California  90067

4                                                                EXHIBIT B

59776-00017/5425611.2

accordance with subsection (a), except that the data should be isolated and copied into a new database file to the extent it is possible to do so and to do so without altering the associated metadata or embedded data and to the extent the information can be useable without access to the rest of the database (if that is not the case, then the responding party should meet and confer with the propounding party to address the production of data from databases).  LIQUID FUNDS hereby reserves the right to request that some or all of the requested DOCUMENTS be produced in native format if certain information can only be ascertained with the native file (*e.g.*, to see "embedded data" in certain DOCUMENTS, such as seeing the formulas used, if any, to create the information in certain cells in a spreadsheets or to see the relationship between certain cells).

### DEFINITIONS

A.    "APPLICABLE PERIOD" means March 30, 2022 through and including the PETITION DATE.

B.    "ACH PAYMENTS" shall mean and refer to Automated Clearing House, a United States financial network used for electronic payments and money transfers, also known as "direct payments."

C.    "BANK RECORDS" as used herein includes, but is not limited to, account or credit applications, signature cards, check register, electronic check register, corporate board authorization minutes or partnership resolutions, authorization information, bank statements, cancelled checks, copies of the front and back of checks written on the account(s), deposit tickets, item deposited, credit and debit memos, cashier's checks, ACH PAYMENTS, Form 1099s, Form 1089s, and back up withholding documents, wire transfer records (including requests for authorization to wire funds, fedwire, Swift, or other documents reflecting the transfer of funds to, from or on behalf of the account holder, documents reflecting the source of funds for a wire out and documents reflecting the disposition of a wire transfer in), loan applications, and loan ledger sheets.

D.    "BANKRUPTCY CASE" means the chapter 11 bankruptcy case pending in the United States Bankruptcy Court, Central District of California, styled *In re Open Space Remedies, LLC*, bearing Case No. 8:24-bk-12885-SC.

GREENBERG GLUSKER FIELDS CLAMAN
& MACHTINGER LLP
2049 Century Park East, Suite 2600
Los Angeles, California  90067

5                                          EXHIBIT B

59776-00017/5425611.2

GREENBERG GLUSKER FIELDS CLAMAN
& MACHTINGER LLP
2049 Century Park East, Suite 2600
Los Angeles, California  90067

E.      "BEAUMONT" means the City of Beaumont located in Riverside County, California, including all its departments, agencies, and divisions and further including all employees, attorneys, agents or other professionals acting on its behalf.

F.      "COMMUNICATION" or "COMMUNICATIONS" means the transmittal of information in the form of facts, ideas, inquiries, or otherwise, in any form, including without limitation personal, telephonic, written, e-mail, facsimile, and telex.

G.      "DEBTOR" means American Open Space Remedies, LLC, Debtor in the BANKRUPTCY CASE, as well as its employees, attorneys, agents or other professionals.

H.      "DOCUMENT" or "DOCUMENTS" shall encompass a "writing" as defined in Federal Rules of Evidence Rules 1001 and 101 and "electronically stored information" as defined in Federal Rules of Evidence Rule 1001, and includes, without limitation, handwriting, typewriting, printing, photostats, photographs, tapes, films, recordings, electronically or digitally encoded, information stored in any electronic medium (*i.e.*, any medium RELATING TO technology having electrical, digital, magnetic, wireless, optical, electromagnetic, or similar capabilities) and every other means of recording upon any tangible thing and form of communication or representation, graphic or other information, including originals, identical copies, translations and drafts thereof and all copies bearing notations and marks not found on the original.  The term DOCUMENT includes, without limitation, files stored on computer discs, computer hard drives, network servers, nodes (*i.e.*, any devices connected to network servers), servers maintained by internet service providers or outside parties (*e.g.*, Google Docs), and removable media (*e.g.*, magnetic tapes, CD-ROMs, DVDs, floppy disks, diskettes, SD cards, USB or "thumb" drives, etc.) or any electronic storage devices, including, without limitation, electronic mail messages, Microsoft Word, Excel, Android and Powerpoint files, PDF files, digital photographs and images, information stored in databases, electronically-stored voice mail messages, electronically-stored facsimiles, archives of conversations held via instant messaging programs (*e.g.*, AOL Instant Messenger or "AIM," Yahoo Messenger, MSN Messenger, ICQ, Skype, etc.), electronically-stored images from security cameras, and information from GPS tracking devices, files stored on cellular telephones, pagers and other handheld devices (*e.g.*, Palm Pilots, Blackberries, PocketPCs, Smartphones, Galaxy,

59776-00017/5425611.2

iPhones, etc.) or any other electronically stored information; affidavits; analyses; appointment books; appraisals; articles from publications; cables; calendars; charts; checks (cancelled or uncancelled) ; check stubs; confirmations; contracts; correspondence; credit card receipts; desk calendars; desk pads; diaries; drafts; estimates; evaluations; filings; financial statements; forms; invoices; journals; ledgers; letters; words; sounds; symbols; lists; memoranda; minutes; notations; notes; opinions; orders; pamphlets; papers; personnel files; permanent files; temporary files; pictures; press releases; projections; prospectuses; publications; receipts; recordings of meetings and conversations; reports; statements; statistical records; studies; summaries; tabulations; telegrams; telephone records; telex messages; text messages; time sheets; transcripts; understandings; videotapes; vouchers; work papers and sheets; or things similar to any of the foregoing, or any combination thereof, however denominated.

I.      "GOLKAR" means David Golkar, and individual, as well as any employee, agent, attorney or other professional acting on his behalf.

J.      "LIQUID FUNDS" means Liquid Funds LLC, as well as any employee, agent, attorney or other professional acting on its behalf.

K.      "LOAN" means the loan evidenced by that certain Promissory Note dated March 29, 2022 executed by DEBTOR in favor of LIQUID FUNDS in the principal amount of $13,000,000, secured by that certain Deed of Trust, Assignment of Rents, Security Agreement and Fixture Filing executed by DEBTOR on March 30, 2022 and guaranteed by Scott H. Krentel pursuant to that certain Continuing Guaranty executed on March 29, 2022, along with any amendments or modifications thereto, and including all related ancillary agreements, instruments and other documents.

L.      "PERSON" means natural persons, groups of natural persons, corporations, partnerships, LLPs, LLCs, joint ventures, trusts, associations, and any other incorporated or unincorporated business or social entity of any kind or description.  The term "PERSONS" means the same.

M.      "PETITION DATE" means November 8, 2024, the date on which DEBTOR filed a petition for relief commencing the BANKRUPTCY CASE.

GREENBERG GLUSKER FIELDS CLAMAN
& MACHTINGER LLP
2049 Century Park East, Suite 2600
Los Angeles, California  90067

7                                                    EXHIBIT B

N. "PROPERTY" means and collectively refers to certain real property parcels located in Riverside County, California, bearing the following assessor parcel numbers:424-060-001; Portion of 424-060-002; 424-060-006; 424-060-007; and 424-060-008; 424-060-009.

O. "RELATE" or "RELATING TO" as used herein shall mean and refer to a DOCUMENT or any and all DOCUMENTS that concern, refer to, summarize, reflect, constitute, comprise, state, contain, embody, pertain to, identify, study, are involved with, mention, discuss, consist of, show, comment upon, evidence, support, respond to, deal with, describe, analyze, refute, contradict, or are in any way pertinent to that subject, directly or indirectly, in whole or in part.

P. "SCHEDULES" means the schedules and statements filed by DEBTOR in the BANKRUPTCY CASE on December 5, 2024, bearing Docket No. 21.

Q. "YOU" or "YOUR" means the Person Most Knowledgeable of DEBTOR, as well as YOUR attorneys, agents or other professionals.

GREENBERG GLUSKER FIELDS CLAMAN
& MACHTINGER LLP
2049 Century Park East, Suite 2600
Los Angeles, California 90067

8 EXHIBIT B

59776-00017/5425611.2

GREENBERG GLUSKER FIELDS CLAMAN
& MACHTINGER LLP
2049 Century Park East, Suite 2600
Los Angeles, California 90067

**DOCUMENTS AND INFORMATION REQUIRED TO BE PRODUCED**

1. All DOCUMENTS RELATING TO the LOAN.

2. All DOCUMENTS RELATING TO or evidencing COMMUNICATIONS between DEBTOR and any PERSON RELATING TO the LOAN.

3. All DOCUMENTS RELATING TO DEBTOR'S use of the proceeds of the LOAN.

4. All DOCUMENTS RELATING TO or evidencing COMMUNICATIONS between DEBTOR and any PERSON RELATING TO DEBTOR'S use of the proceeds of the LOAN.

5. All DEBTOR'S BANK RECORDS for the APPLICABLE PERIOD.

6. All DOCUMENTS RELATING TO or evidencing a formal or informal valuation of the PROPERTY, including but not limited to any appraisals, reports, proposals, offers to purchase, purchase agreements, term sheets and/or prospectuses.

7. All DOCUMENTS RELATING TO or evidencing COMMUNICATIONS between DEBTOR and any PERSON RELATING TO or evidencing a formal or informal valuation of the PROPERTY, including but not limited to any appraisals, reports, proposals, offers to purchase, purchase agreements, term sheets and/or prospectuses.

8. All DOCUMENTS RELATING TO or evidencing reports, surveys, studies, or assessments prepared by any PERSON relating to the development of the PROPERTY, including but not limited to engineering reports, site planning surveys, environmental site assessments (Phases I, II, or III), environmental impact reports, geotechnical reports, utility reports, infrastructure studies, traffic studies, and any reports relating to the proposed annexation of the PROPERTY into BEAUMONT.

9. All DOCUMENTS RELATING TO or evidencing any application, request or petition made to any government agency, division, or department, and any employee or agent thereof, including but not limited to BEAUMONT, the County of Riverside, and the State of California, RELATING TO the development of the PROPERTY.

10. All DOCUMENTS RELATING TO or evidencing COMMUNICATIONS between DEBTOR and any government agency, division, or department, and any employee or agent thereof,

9                                                                     EXHIBIT B

including but not limited to BEAUMONT, the County of Riverside, and the State of California, RELATING TO the development of the PROPERTY.

11. All DOCUMENTS RELATING TO or evidencing any hearing held by BEAUMONT or any other government agency, division, or department, and any employee or agent thereof, including but not limited to the County of Riverside, and the State of California, RELATING TO the development of the PROPERTY.

12. All DOCUMENTS RELATING TO or evidencing DEBTOR'S efforts to annex the PROPERTY into BEAUMONT.

13. All DOCUMENTS RELATING TO or evidencing COMMUNICATIONS between DEBTOR and any PERSON RELATING TO or evidencing DEBTOR'S efforts to annex the PROPERTY into BEAUMONT.

14. All DOCUMENTS RELATING TO or evidencing development plans RELATING TO the PROPERTY, including but not limited to any development plans submitted to BEAUMONT.

15. All DOCUMENTS RELATING TO or evidencing building plans/leasing plan/stacking plan and floor plans for the entire proposed development of the PROPERTY.

16. All DOCUMENTS RELATING TO or evidencing entitlements and permits RELATING TO the PROPERTY.

17. All DOCUMENTS RELATING TO or evidencing COMMUNICATIONS between DEBTOR and GOLKAR RELATING TO the development of the PROPERTY.

18. All DOCUMENTS RELATING TO or evidencing any construction budget for the PROPERTY, including all soft costs, hard costs as well as site acquisition costs or any portion thereof.

19. All DOCUMENTS RELATING TO or evidencing any construction schedule for the PROPERTY, including any anticipated completion date of each component

20. All DOCUMENTS RELATING TO or evidencing costs spent to date on acquisition, any entitlements, architects, engineering, legal, city fees relating to the PROPERTY.

21. All DOCUMENTS RELATING TO or evidencing contracts or agreements between DEBTOR and Beaumont 1600 LLC.

GREENBERG GLUSKER FIELDS CLAMAN & MACHTINGER LLP
2049 Century Park East, Suite 2600
Los Angeles, California 90067

10                                                          EXHIBIT B

22.    All DOCUMENTS RELATING TO or evidencing contracts or agreements between DEBTOR and Portero Commercial, LLC.

23.    All DOCUMENTS RELATING TO or evidencing contracts or agreements between DEBTOR and Engineered Equities, LLC.

24.    All DOCUMENTS constituting tax returns for DEBTOR for any tax period within, or any portion of which includes the APPLICABLE PERIOD.

25.    All DOCUMENTS RELATING TO or evidencing the financial performance and/or financial affairs of DEBTOR during the APPLICABLE PERIOD, including but not limited to financial statements, balance sheets, income statements, cash flow statements, profit and loss statements.

26.    All DOCUMENTS constituting financial statements issued by DEBTOR to any PERSON during the APPLICABLE PERIOD.

27.    All DOCUMENTS RELATING TO or evidencing any transfers of funds or property valued at more than $10,000 in a single transaction between DEBTOR and any PERSON made during the APPLICABLE PERIOD.

28.    All organizational DOCUMENTS, operating agreement(s), limited liability company agreement(s), shareholder agreement(s), and all other DOCUMENTS relating to the formation, organization and/or purpose of DEBTOR.

29.    All DOCUMENTS YOU contend supports DEBTOR'S purported causes of action against LIQUID FUNDS disclosed in the SCHEDULES for allegedly "(a) Unlicensed real estate and securities broker claims; (b) use of a Limited Liability Company for prohibited services: (c) Slander of title; (d) Declaratory Relief; (e) Unfair Business Practices, accounting; fraud; and other claims" and DEBTOR'S purported $14,000,000 valuation thereof.

GREENBERG GLUSKER FIELDS CLAMAN
& MACHTINGER LLP
2049 Century Park East, Suite 2600
Los Angeles, California  90067

11                                                        EXHIBIT B

59776-00017/5425611.2

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
 2049 Century Park East, Ste. 2600 Los Angeles, CA 90067


A true and correct copy of the foregoing document entitled (*specify*): MOTION FOR ORDER AUTHORIZING EXAMINATION OF PERSON MOST KNOWLEDGEABLE OF THE DEBTOR AND COMPELLING THE PRODUCTION OF DOCUMENTS PURSUANT TO RULE 2004 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDUREMEMORANDUM OF POINTS AND AUTHORITY AND DECLARATION OF KEITH PATRICK BANNER IN SUPPORT THEREOF
will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) February 18, 2025, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

[X] Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) February 18, 2025 I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

[ ] Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) February 18, 2025 I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.
Via Fed Ex
The Honorable Scott C. Clarkson
United States Bankruptcy Court
Central District of California
Ronald Reagan Federal Building and Courthouse
411 West Fourth Street, Ste. 5130                    [ ] Service information continued on attached page
Santa Ana, CA 92701
I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| February 18, 2025 | Julie King | /s/ Julie King |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012* **F 9013-3.1.PROOF.SERVICE**

1.  <u>**TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**</u>:

Reem J Bello    rbello@goeforlaw.com, kmurphy@goeforlaw.com
Jeffrey W Broker    jbroker@brokerlaw.biz
Brian L. Davidoff    bdavidoff@greenbergglusker.com,
calendar@greenbergglusker.com;jking@greenbergglusker.com;cmillerwatkins@greenbergglusker.com
Robert P Goe    kmurphy@goeforlaw.com,
rgoe@goeforlaw.com;goeforecf@gmail.com;Goe.RobertP.R@notify.bestcase.com;ajohnston@goeforlaw.com
Kenneth Misken    Kenneth.M.Misken@usdoj.gov
Cole F. Nicholas    cnicholas@greenbergglusker.com,
calendar@greenbergglusker.com;cmillerwatkins@greenbergglusker.com
United States Trustee (SA)    ustpregion16.sa.ecf@usdoj.gov

2.  <u>**TO BE SERVED VIA US MAIL**</u>:


<u>Debtor</u>
American Open Space Remedies LLC
18022 Cowan, Ste. 103
Irvine, CA 92614