Robert P. Goe - State Bar No. 137019
Reem Bello – State Bar No. 198840
**GOE FORSYTHE & HODGES LLP**
17701 Cowan, Lobby D, Suite 210
Irvine, CA 92614
rgoe@goeforlaw.com
rbello@goeforlaw.com

Telephone:  (949) 798-2460
Facsimile:   (949) 955-9437

Attorneys for: American Open Space Remedies, LLC

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## SANTA ANA DIVISION

| | |
|---|---|
| In re:<br><br>**AMERICAN OPEN SPACE REMEDIES, LLC**,<br><br>Debtor and Debtor-in-Possession, | Case No. 8:24-bk-12885-SC<br><br>Chapter 11<br><br>**DEBTOR'S UPDATED STATUS CONFERENCE REPORT**<br><br>**Status Conference:**<br>Date:        April 2, 2025<br>Time:        1:30 p.m.<br>Courtroom: 5C *(Virtual)*<br>Location:    411 West Fourth Street<br>                   Santa Ana, CA 92701 |

**TO THE HONORABLE SCOTT C. CLARKSON, UNITED STATES BANKRUPTCY**

**JUDGE, AND TO ALL PARTIES IN INTEREST:**

American Open Space Remedies, LLC, Debtor and Debtor in Possession ("Debtor"), submits its updated Status Report and respectfully represents as follows. On March 7, 2025, Debtor timely filed its Disclosure Statement and Plan [Docket Nos. 58-60], with the Disclosure Statement scheduled for hearing on May 7, 2025 at 1:30 p.m.  Debtor would suggest the Status Conference be continued to May 7, 2025 at 1:30 p.m. as well.

**A.   EVENTS THAT LED UP TO AND CAUSED THE FILING.**

Debtor is a California Limited Liability Company based in Irvine, California, founded in 2022.  Its assets include (1) approximately 1,230 acres of industrial land in Beaumont, California with an appraised value for a portion of its land at approximately $580,000,000 (the "Property"); (2) an office building in Riverside California valued at $995,000 (the "Office Building"), and (3) additional parcels of land.

The Debtor has substantial claims against Liquid Funds Mortgage LLC ("Liquid Funds"), the first Mortgagor, and  Aminam LLC ("Aminam"), the second Mortgagor, for: a) Unlicensed real estate and securities broker claims; (b) use of a Limited Liability Company for prohibited; services: (c) Slander of title; (d) Declaratory Relief; (e) Unfair Business Practices, (f) accounting;(g) fraud; (h) Quiet Title; and (i) Reformation. The Debtor is seeking damages in the combined amount of at least $28,000,000.  In particular, Aminam never funded any of the $13,000,000 second deed of trust but was attempting to foreclose on same.

**B.   STATUS OF DEBTOR'S POST PETITION OPERATIONS, ITS MAJOR ASSSETS AND LIABILITIES.**

On April 23, 2024, Michael Frauenthal & Associates, Inc., appraised a portion of the Property to estimate the retail values of the 12 parcels in their current condition, as of March 13, 2024, and determined the value to be $580,000,000.

Debtor is actively pursuing sales and various joint ventures of the Property which will provide more than sufficient funds to pay allowed claims in full and reserve for disputed claims.

Debtor is also pursuing claims against Aminam and Liquid Funds, filed in Riverside Superior Court which was removed to this Court.  Debtor will be filing a remand soon.

**C.   STATUS OF PRE-PETITION AND POST-PETITION LITIGATION.**

**UPDATE:** The Debtor filed an action in state court ("State Court Action") against Aminam and Liquid Funds.  A notice of removal of the State Court Action has been filed by Aminam and Debtor will be seeking remand.

\\\

**D.** **DEBTOR'S POTENTIAL AVOIDANCE ACTIONS AS DESCRIBED IN 11 U.S.C. §§ 544-550.**

Debtor has avoidance action claims against Aminam and Liquid Funds.

**E.** **EMPLOYMENT OF DEBTOR'S COUNSEL.**

**UPDATE:** On January 9, 2025, Debtor filed its amended application to employ Goe Forsythe & Hodges LLP as its chapter 11 bankruptcy counsel ("GFH Application") [Docket No. 32]. No opposition was filed. On February 6, 2025, the Court entered an order granting the GFH Application.

**F.** **EMPLOYMENT OF OTHER PROFESSIONALS**

**UPDATE:** On March 4, 2025, Debtor filed an application to employ Catanzarite Law Corporation as Special Litigation Counsel with respect to claims against Aminam, Liquid Funds, Ezri Namvar, Mousa Namvar, Shatar Capital, Inc. and Daniel Namvar, and potentially others [Docket No. 55].

**G.** **DEBTOR'S COMPLIANCE WITH ITS DUTIES UNDER 11 U.S.C §§ 521, 1106 AND 1107.**

The Debtor is compliant with its duties under 11 U.S.C. §§521, 1106 and 1107.

**H.** **IS THE CASE A SMALL BUSINESS CASE UNDER 11 U.S.C. §101(51D)?**

Not applicable.

**I.** **IS THE CASE A SINGLE ASSET REAL ESTATE CASE UNDER 11 U.S.C. §101(51B)?**

No.

**J.** **PROPOSED DEADLINE FOR FILING AND SERVING DISCLOSURE STATEMENT AND PLAN.**

**UPDATE:** On March 7, 2025, Debtor filed and served its Disclosure Statement and Plan.

**K.** **PROPOSED DEADLINE FOR FILING PROOFS OF CLAIMS.**

**UPDATE:** Pursuant to the scheduling order entered by the Court on January 9, 2025 [Docket No. 33], the deadline for filings Proofs of Claims was March 5, 2025.

3

**L.    PROPOSED DEADLINE FOR FILING OBJECTIONS TO CLAIMS.**

The Debtor does not propose that a deadline be set for filing objections to Proofs of Claims.

**M.    PROPOSED DEADLINE FOR FILING AVOIDANCE ACTIONS.**

The Debtor will abide by the Section 546 deadline.

Dated: March 18, 2025                    Respectfully submitted by
                                         **GOE FORSYTHE & HODGES LLP**


                                         By: /s/Robert P. Goe
                                             Robert P. Goe
                                             Counsel for American Open Space
                                             Remedies, LLC

4

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is: 17701 Cowan, Suite 210, Building D, Irvine, CA 92614

A true and correct copy of the foregoing document entitled (*specify*): **DEBTOR'S UPDATED STATUS CONFERENCE REPORT** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On March 18, 2025, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- **Keith Patrick Banner    kbanner@greenbergglusker.com, calendar@greenbergglusker.com;cmillerwatkins@greenbergglusker.com**
- **Reem J Bello    rbello@goeforlaw.com, kmurphy@goeforlaw.com**
- **Jeffrey W Broker    jbroker@brokerlaw.biz**
- **Brian L. Davidoff    bdavidoff@greenbergglusker.com, calendar@greenbergglusker.com;jking@greenbergglusker.com;cmillerwatkins@greenbergglusker.com**
- **Robert P Goe    kmurphy@goeforlaw.com, rgoe@goeforlaw.com;goeforecf@gmail.com;Goe.RobertP.R@notify.bestcase.com;ajohnston@goeforlaw.com**
- **William N Lobel    wlobel@tocounsel.com, mmason@tocounsel.com**
- **Kenneth Misken    Kenneth.M.Misken@usdoj.gov**
- **Cole F. Nicholas    cnicholas@greenbergglusker.com, calendar@greenbergglusker.com;cmillerwatkins@greenbergglusker.com**
- **United States Trustee (SA)    ustpregion16.sa.ecf@usdoj.gov**

☐ Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:
On (*date*) March 18, 2025, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL**
(state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) March 18, 2025, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

- The Honorable Scott Clarkson, USBC, 411 West Fourth Street, Suite 5130, Santa Ana, CA 92701

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| March 18, 2025  Susan C. Stein | | /s/Susan C. Stein |
| --- | --- | --- |
| *Date* | *Printed Name* | *Signature* |

5